

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00218-CV

---

Ernesto A. Ochoa and Sandra Paloma Ochoa, Appellants

v.

Sadova Properties III, LLC, Appellee

---

On Appeal from the County Court at Law No. 6
El Paso County, Texas
Trial Court No. 2024DCV5127

---

## MEMORANDUM OPINION

Before the Court is Appellants' motion to dismiss the appeal which states that the parties have settled their dispute. Appellants ask this Court to dismiss the appeal with prejudice. The motion is GRANTED. *See* Tex. R. App. P. 42.1(a)(1) (allowing an appellate court to dismiss an appeal on the motion of the appellant). Costs of the appeal are taxed against Appellants. Tex. R. App. P. 42.1(d).

MARIA SALAS MENDOZA, Chief Justice

January 14, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.